IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES CHESLEY PATE, :
AIS 133364,
 :
    Petitioner,
 :
vs.                                         CA 08-0153-WS-C
 :
JERRY L. FERRELL,
 :
    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 28, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of June, **2008.**

                                      s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE