# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JAMES CHESLEY PATE,              :
AIS 133364,

                                    :

     Petitioner,

                                      :

vs.                                                 CA 08-0153-WS-C

                                      :

JERRY L. FERRELL,

                                      :

     Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DISMISSED WITHOUT PREJUDICE** to allow petitioner the opportunity to exhaust his state remedies.

     **DONE** this 26th day of June, **2008.**


                                   s/WILLIAM H. STEELE
                                   UNITED STATES DISTRICT JUDGE